IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER KING, individually and on
behalf of all persons similarly situated,

        Plaintiff,                              Case. No. 6:21-cv-481-MC

        v.                                     JUDGMENT

MARKET OF CHOICE, INC.,

        Defendant.
_____

MCSHANE, Judge:

        Based on the record, this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

        DATED this 3rd day of January, 2022.

                                         _____/s/ Michael McShane_____
                                                  Michael McShane
                                          United States District Judge